# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: _____

Street Address: _____

_____

Filer's Telephone No.: _____

Atty Name (if applicable): *CHARLES H. MANH*

CA Bar No. (if applicable): 138290

Atty Fax No. (if applicable): 714-373-2796

---

In re: LAM, AMIE DIEN

Case No.: 8:11-BK-11596-TA

Chapter 7 _____   11 _____   13 _____

---

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?     Yes  X         No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____   B X   C ____   D X   E X   F X   G ____   H ____   I X   J X

Statement of Social Security Number(s) ____       Statement of Financial Affairs ____

Statement of Intention ____               Other  X  SUMMARY OF SCHEDULES,
                                          & VERIFICATION OF CREDITOR MAILING LIST

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, AMIE DIEM LAM _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/23/2011

_____
*Debtor Signature*
LAM, AMIE DIEM

_____
*Co-Debtor Signature*

** FOR COURT USE ONLY **

FILED

FEB 24 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____   Deputy Clerk

---

### ** SEE REVERSE SIDE **

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice
was given to the additional creditors listed.

DATED: ___2/23/11___

*LYHA TRAN*

_____
Print or Type Name

_____
Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  *LAM, AMIE DIEM*

Case No.  8:11-BK-11596-TA
Chapter  *13*

_____ / Debtor

*AMENDED*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $  500,000.00 | | |
| B-Personal Property | Yes | 3 | $  19,995.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $  608,429.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $  55,166.74 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $  99,623.27 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $  17,128.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $  15,210.00 |
| TOTAL | | 18 | $  519,995.00 | $  763,219.01 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *LAM, AMIE DIEM*

Case No. *8:11-BK-11596-TA*

Chapter   *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *40,172.74* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| TOTAL | $ *40,172.74* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *17,128.00* |
| Average Expenses (from Schedule J, Line 18) | $ *15,210.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *24,873.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *108,429.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *55,166.74* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *99,623.27* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *208,052.27* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  _LAM, AMIE DIEM_ _____     Case No. _8:11-BK-11596-TA_
                        Debtor                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____19____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _2/23/11_ __        Signature _____
                                         LAM,  AMIE DIEM

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6B (Official Form 6B) (12/07)

In re LAM, AMIE DIEM
_____,
                    Debtor(s)    *AMENDED*

Case No. 8:11 - BK - 11596 -TA
                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | CLOTHING<br>Location: In debtor's possession | C | $ 3,500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT WITH US BANK<br>Location: In debtor's possession | W | $ 300.00 |
| | | CHECKING ACCOUNT WITH US BANK<br>Location: In debtor's possession | C | $ 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | ASSORTED PIECES OF HOUSEHOLD FURNISHINGS<br>Location: In debtor's possession | C | $ 4,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | WHOLE LIFE INSURANCE<br>WITH PRINCIPAL FINANCIAL   GROUP<br>Location: In debtor's possession | W | $ 2,943.00 |

B6B (Official Form 6B) (12/07)

In re LAM, AMIE DIEM _____,  Case No. 8:11-BK-11596-TA
                Debtor(s)                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401-K RETIREMENT PLAN WITH WASHINGTON MUTUAL Location: In debtor's possession | W | $ 3,752.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2004 ACURA Location: In debtor's possession | C | $ 4,000.00 |

B6B (Official Form 6B) (12/07)

In re _LAM, AMIE DIEM_ _____ ,        Case No. 8:11-BK-11596-TA
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➔        $ 19,995.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re LAM, AMIE DIEM
                         **Debtor(s)**

Case No. 8:11-BK-11596-TA
(if known)

*AMENDED* **SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1712<br>Creditor # : 1<br>CITIFINANCIAL<br>300 SAINT PAULT ST.<br>BALTIMORE, MD 212022120 | W | 03/2007<br>Mortgage<br><br>Value: $ 0.00 | | | | $ 8,425.00 | $ 8,425.00 |
| Account No: 3849<br>Creditor # : 2<br>GMAC MORTGAGE<br>P. O. BOX 4622<br>WATERLOO, IA 50704 | C | 09/2005<br>1ST MORTGAGE<br><br>Value: $ 500,000.00 | X | X | | $ 397,696.00 | $ 0.00 |
| Account No: 1998<br>Creditor # : 3<br>WELLS FARGO BANK<br>P. O. BOX 54780<br>LOS ANGELES, CA 90054-0780 | C | 05/2006<br>2ND MORTGAGE<br><br>Value: $ 500,000.00 | X | X | | $ 202,308.00 | $ 100,004.00 |

No continuation sheets attached

**Subtotal $** (Total of this page) | $ 608,429.00 | $ 108,429.00

**Total $** (Use only on last page) | $ 608,429.00 | $ 108,429.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/10)

In re LAM, AMIE DIEM

$\underline{AMENDED}$ **Debtor(s)**

Case No. 8:11-BK-11596-TA
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☒ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_ **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re LAM, AMIE DIEM _____,    Case No. 8:11-BK-11596-TA
*AMENDED* **Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *6687* Creditor # : 1 *STATE OF CALIFORNIA P. O. BOX 042867 SACRAMENTO, CA 94267-0001* | J | *State income taxes* | | | | $ 7,732.86 | $ 7,732.86 | $ 0.00 |
| Account No: *521* Creditor # : 2 *INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICES FRESNO, CA 93888-0030* | J | *Federal income taxes* | | | | $ 21,233.88 | $ 21,233.88 | $ 0.00 |
| Account No: *9497* Creditor # : 3 *SALLIE MAE 1002 ARTHUR DR. LYNN HAVEN, FL 32444* | W | 10/2003 *Student Loan* | | | | $ 11,206.00 | $ 11,206.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 40,172.74 | 40,172.74 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re LAM, AMIE DIEM _____ ,    Case No. 8:11 - BK - 11596-TA
               **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Commitments of Capital to Insured Depository Institution*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *0001*<br>*Creditor # : 4*<br>*WELLS FARGO BANK NV NA*<br>*P. O. BOX 94435*<br>*ALBUQUERQUE, NM 87199* | W | *06/2006*<br>*Arrearage on Executory Contract* | | | | $ 14,994.00 | $ 14,994.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $<br>(Total of this page) | 14,994.00 | 14,994.00 | 0.00 |
|---|---|---|---|---|
| | Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 55,166.74 | | |
| | Total $<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 55,166.74 | 0.00 |

B6F (Official Form 6F) (12/07)

In re LAM, AMIE DIEM
AMENDED  **Debtor(s)**

Case No. 8:11-BK-11596-TA
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  1000<br>Creditor # : 1<br>AMERICAN EXPRESS<br>P. O. BOX 981537<br>EL PASO, TX 79998 | W | Credit Card Purchases | | | | $ 628.00 |
| Account No:  8994<br>Creditor # : 2<br>BANK OF AMERICA<br>P. O. BOX 15026<br>WILMINGTON, DE 19850 | W | Credit Card Purchases | | | | $ 8,658.00 |
| Account No:  4698<br>Creditor # : 3<br>BANK OF AMERICA<br>C/O LEGAL RECOVERY IRL LAW OFF<br>P. O. BOX 84060, SAN DIEGO, CA<br>Culver City CA 92138-4060 | W | 11/2003<br>Credit Card Purchases | | | | $ 9,794.00 |
| Account No:  9780<br>Creditor # : 4<br>CAPITAL ONE<br>P. O. BOX 30281<br>SALT LAKE CITY, UT 84130 | W | 06/2006<br>Credit Card Purchases | | | | $ 1,967.00 |

_3_ continuation sheets attached

Subtotal $ | $ 21,047.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _LAM, AMIE DIEM_ _____,    Case No. _8:11-BK-11596-TA_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    5090<br>Creditor # : 5<br>CHASE<br>P. O. BOX 15298<br>WILMINGTON, DE 19850<br>Phoenix AZ | W | 02/2006<br>Credit Card Purchases | | | | $ 3,915.00 |
| Account No:    3725<br>Creditor # : 6<br>CIT BANK<br>12234 N IH 35 SB BLDG B<br>AUSTIN, TX 78753 | W | 06/2003<br>Credit Card Purchases | | | | $ 1,661.00 |
| Account No:    1922<br>Creditor # : 7<br>CITIBANK SD, NA<br>P. O. BOX 6241<br>SIOUX FALLS, SD 57117<br>Sioux Falls SD | W | 09/1999<br>Credit Card Purchases | | | | $ 19,511.24 |
| Account No:    5650<br>Creditor # : 8<br>DISCOVER<br>C/O WINN LAW GROUP, APC<br>110 E WILSHIRE AVD., SUITE 212<br>Fullerton CA 92832 | W | 05/1997<br>Credit Card Purchases<br>COMPLAINT FILED IN   ORANGE COUNTY<br>SUPERIOR COURT WEST JUSTICE CENTER<br>CASE NO. 30-200800205505   AND | | | | $ 12,190.03 |
| Account No:    9610<br>Creditor # : 9<br>GEMB/BANANA REP<br>P. O. BOX 981400<br>EL PASO, TX 79998 | W | 09/2000<br>Credit Card Purchases | | | | $ 117.00 |
| Account No:    7571<br>Creditor # : 10<br>GEMB/GAP<br>P. O. BOX 981400<br>EL PASO, TX 79998 | W | 09/2004<br>Credit Card Purchases | | | | $ 63.00 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 37,457.27

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _LAM, AMIE DIEM_____,    Case No. _8 11 - BK - 11596 -TA_
                  **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4757 *Creditor # : 11 HSBC BANK P. O. BOX 5253 CAROL STREAM, IL 60197* | | W | *12/2006 Credit Card Purchases* | | | | $ 265.00 |
| Account No:   2553 *Creditor # : 12 HSBC BANK P. O. BOX 5253 CAROL STREAM, IL 60197* | | W | *12/2006 Credit Card Purchases* | | | | $ 120.00 |
| Account No:   5266 *Creditor # : 13 HSBC CARD SERVICES P. O. BOX 60102 CITY OF INDUSTRY, CA 91716-010* | | W | *02/2002 Credit Card Purchases ORIGINAL CREDITOR: HSBC COMPLAINT FILED, CASE NO.: 00302087* | | | | $ 10,283.00 |
| Account No:   7696 *Creditor # : 14 HSBC/BSBUY P. O. BOX 15524 WILMINGTON, DE 19850* | | W | *08/2000 Credit Card Purchases* | | | | $ 202.00 |
| Account No:   1691 *Creditor # : 15 MACYS DEPARTMENT STORES C/O ASSOCIATED RECOVERY SYSTEM P. O. BOX 469046, ESCODIDO, CA Escondido CA 92046-0765* | | W | *08/1996 Credit Card Purchases* | | | | $ 1,891.00 |
| Account No:   8279 *Creditor # : 16 UNIFUND  -AT&T 10625 TECHWOOD CIR CINCINNATI, OH 45242* | | W | *05/2010 Credit Card Purchases* | | | | $ 23,719.00 |

Sheet No. __2__ of ____3____ continuation sheets attached to Schedule of          Subtotal $          $ 36,480.00
Creditors Holding Unsecured Nonpriority Claims                                    Total $
                (Use only on last page of the completed Schedule F. Report also on Summary of
              Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _LAM, AMIE DIEM_____,    Case No. _8:11-BK-11596-TA_
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3143<br><br>*Creditor # : 17*<br>*WELLS FARGO*<br>*P. O. BOX 5445*<br>*PORTLAND, OR 97228* | | W | *10/1995*<br>*Credit Card Purchases* | | | | $ 4,639.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __3__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal $ | $ 4,639.00 |
| Total $<br>(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related) | $ 99,623.27 |

B6I (Official Form 6I) (12/07)

In re _LAM, AMIE DIEM_ _____  Case No. _8:11-BK-11596-TA_
                        **Debtor(s)**                                    (if known)

_AMENDED_

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status:<br>_Married_ | RELATIONSHIP(S):<br>_SON_<br>_SON_ | | AGE(S):<br>_2 YRS_<br>_2/3 YR_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _GRAPHIC DESIGNER_ | _MORTGAGE CONSULTANT_ |
| Name of Employer | _FREEDOM COMMUNICATIONS_ | _WELLS FARGO_ |
| How Long Employed | _06/ 2010 TO PRESENT_ | _SINCE 2001_ |
| Address of Employer | _17666 FIFTCH, IRVINE CA 92614_ | _CERRITOS, CALIFORNIA_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 5,000.00 | $ 19,873.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 5,000.00 | $ 19,873.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 950.00 | $ 4,659.00 |
| b. Insurance | $ 110.00 | $ 300.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify):   _401-K_ | $ 0.00 | $ 434.00 |
|                       _REPAYMENT 401-K_ | $ 0.00 | $ 1,292.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,060.00 | $ 6,685.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,940.00 | $ 13,188.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>   (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>   (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ 3,940.00 | $ 13,188.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported in line 15) | $ 17,128.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Page No. _1_ of _1_

B6J(Official Form 6J)(12/07)

In re *LAM, AMIE DIEM* _____,    Case No. 8:11-BK-11596-TA

*AMENDED* **Debtor(s)**           (if known)

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

       Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,974.00 |
|    a. Are real estate taxes included?   Yes ☐   No ☒ | | |
|    b. Is property insurance included?   Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|        b. Water and sewer | $ | 250.00 |
|        c. Telephone | $ | 450.00 |
|        d. Other   *CABLE & INTERNET* | $ | 120.00 |
|          Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | $ | 58.00 |
|        b. Life | $ | 130.00 |
|        c. Health | $ | 0.00 |
|        d. Auto | $ | 330.00 |
|        e. Other | $ | 0.00 |
|          Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)    *PROPERTY TAX* | $ | 450.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | $ | 830.00 |
|        b. Other: *FEDERAL & STATE TAXES* | $ | 700.00 |
|        c. Other: *STUDENT LOAN* | $ | 498.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,200.00 |
| 17. Other:    *ASSOCIATION FEE* | $ | 200.00 |
|       Other:   *CHILD CARE, BABY FOOD AND MISC* | $ | 3,200.00 |
|       Line 17 Continuation Page Total (see continuation page for itemization) | $ | 220.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 15,210.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 17,128.00 |
|    b. Average monthly expenses from Line 18 above | $ | 15,210.00 |
|    c. Monthly net income (a. minus b.) | $ | 1,918.00 |

B6J(Official Form 6J)(12/07)-Continuation Page

In re *LAM, AMIE DIEM*                                                              ,        Case No. 8:11-BK-11596-TA
                  **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**17. (continuation) OTHER EXPENSES**

*PERSONAL LOAN* ................................................................................................................ $              220.00

                    **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)**        $              220.00

Verification of Creditor Mailing List - (Rev. 10/05)                              2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _____

Address _*CHARLES H. MANH, P.C. 8990 WESTMINSTER BLVD., SECOND WESTMINSTER, CA 92683*_

Telephone _714-898-0708_____

[X]   Attorney for Debtor(s)
[ ]   Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re   LAM, AMIE DIEM* | Case No. 8:11 - BK -11596- TA |
| | Chapter *13* |
| | |

*AMENDED*
## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _3___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _2/23/11_____

Attorney: _____

Debtor: *LAM, AMIE DIEM*_____

Joint Debtor: _____

LAM  AMIE DIEM


CHARLES H   MANH   P C
8990 WESTMINSTER BLVD    SECOND
WESTMINSTER  CA  92683

AMERICAN EXPRESS
P  O  BOX 981537
EL PASO  TX 79998


BANK OF AMERICA
P  O  BOX 15026
WILMINGTON  DE 19850


BANK OF AMERICA
C/O LEGAL RECOVERY IRL LAW OFF
P  O  BOX 84060  SAN DIEGO  CA
Culver City  CA  92138-4060


CAPITAL ONE
P  O  BOX 30281
SALT LAKE CITY  UT 84130


CHASE
P  O  BOX 15298
WILMINGTON  DE 19850
Phoenix  AZ


CIT BANK
12234 N IH 35 SB BLDG B
AUSTIN  TX 78753


CITIBANK SD  NA
P  O  BOX 6241
SIOUX FALLS  SD 57117
Sioux Falls  SD


CITIFINANCIAL
300 SAINT PAULT ST
BALTIMORE  MD 212022120

DISCOVER
C/O WINN LAW GROUP  APC
110 E WILSHIRE AVD   SUITE 212
Fullerton  CA  92832


STATE OF CALIFORNIA
P  O  BOX 042867
SACRAMENTO  CA 94267-0001


GEMB/BANANA REP
P  O  BOX 981400
EL PASO  TX 79998


GEMB/GAP
P  O  BOX 981400
EL PASO  TX 79998


GMAC MORTGAGE
P  O  BOX 4622
WATERLOO  IA 50704


HSBC BANK
P  O  BOX 5253
CAROL STREAM  IL 60197


HSBC CARD SERVICES
P  O  BOX 60102
CITY OF INDUSTRY  CA 91716-010


HSBC/BSBUY
P  O  BOX 15524
WILMINGTON  DE 19850


 INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICES
FRESNO  CA 93888-0030


MACYS DEPARTMENT STORES
C/O ASSOCIATED RECOVERY SYSTEM
P  O  BOX 469046 ESCODIDO  CA
Escondido  CA  92046-0765

```
SALLIE MAE
1002 ARTHUR DR
LYNN HAVEN  FL 32444

UNIFUND  -AT&T
10625 TECHWOOD CIR
CINCINNATI  OH 45242

WELLS FARGO
P  O  BOX 5445
PORTLAND  OR 97228

WELLS FARGO BANK
P  O   BOX  54780
LOS ANGELES  CA 90054-0780

WELLS FARGO BANK NV NA
P  O  BOX 94435
ALBUQUERQUE  NM 87199
```

SALLIE MAE
1002 ARTHUR DR
LYNN HAVEN  FL 32444

UNIFUND  -AT&T
10625 TECHWOOD CIR
CINCINNATI  OH 45242

WELLS FARGO
P  O  BOX 5445
PORTLAND  OR 97228

WELLS FARGO BANK
P  O  BOX  54780
LOS ANGELES  CA 90054-0780

WELLS FARGO BANK NV NA
P  O  BOX 94435
ALBUQUERQUE  NM 87199